THE JEFFER-
SONVILLE
RAILROAD CO.
v.
MILLET.

Monday,
December 1.

---

THE JEFFERSONVILLE RAILROAD COMPANY *v.* MILLET

This case being grounded on the same statute, was determined in accord-
ance with the decision in *The Peru and Indianapolis Railroad Company*
v. *Bradshaw*, 6 Ind. R. 146.

8b 255
139 366

APPEAL from the *Bartholomew* Circuit Court.

Monday,
December 1.

*Per Curiam.*—This was an action by *Millet* against the *Jeffersonville Railroad Company*, founded on section 3 of an act approved *May* 1, 1852, which declares that, "Whenever any person shall die from any injury resulting from the negligence or unskilfulness of any of the officers or servants of any railroad company in. this State, such company shall be liable in damages, if such deceased be a minor and unmarried, to the father, or if there be no father, to the mother of such deceased."   1 R. S. p. 426.

The complaint charges that said company while running upon their railroad a locomotive and train of cars, by the negligence, unskilfulness, and carelessness of their officers and servants, ran said locomotive against

Nov. Term,
1856.

and upon one *Maria Millet*, the infant daughter of the plaintiff, and from injuries thereby received, she died.

Proper issues being made, the cause was submitted to a jury who found for the plaintiff. New trial refused and judgment.

We have heretofore decided that the section to which we have referred, and on which the present action is founded, was virtually repealed by section 784 of an act approved *June* 18th, 1852. *Peru and Indianapolis Railroad Company* v. *Bradshaw*, 6 Ind. R. 146.

That decision decides the case before us. The judgment is reversed with costs.

STUART, J. having dissented from the opinion given in the case cited, dissents from this.

*W. Herod* and *S. Stansifer*, for the appellant.

*C. E Walker*, for the appellee.